THOMAS J. PATTERSON, *Appellant, v.* EUNICE M. HAMILTON, *Respondent.*— Motion to dismiss appeal denied, with ten dollars costs of opposing.

SAME *v.* SAME.— Motion to amend petition, etc., denied, with ten dollars costs of opposing.

SAME *v.* SAME.— Motion to strike case from the calendar, and for judgment granted, with ten dollars costs, unless the appellant, within thirty days after service of this order, serve the necessary papers for argument and pay the costs above mentioned, and ten dollars term fee, in which case the motion is denied.

IN THE MATTER OF THE PROCEEDING TO DISBAR OR SUSPEND WILLIAM J. LANG, *an Attorney and Counsellor, etc.*— Order to show cause as prayed for in the petition, granted, and ordered that a copy of said petition and of the affidavit accompanying the same, and of the order to show cause, be served on said Lang at least twenty days before the next General Term of this court.

LOUIS H. ECKERT, *Respondent, v.* WILLIAM D. ELLIS, *Impleaded, etc., Appellant.*— Motion to strike case from calendar and for judgment of affirmance, granted, with ten dollars costs of motion, unless the appellant, within thirty days after service of this order, shall serve the requisite printed papers as required by the rule, and pay the respondent's attorney ten dollars costs of this motion and ten dollars term fee for the present term, in which case the motion is denied. And in case the appellant complies with the conditions of this order, it is further ordered that the said case, which was passed at the adjourned term in March last, be restored to the position on the calendar which it held before it was so passed

GILBERT FORBES, *Respondent, v.* GEORGE GARFIELD, *Impleaded, Appellant.*— Order reversed and defendant's motion for leave to amend his answer granted, on condition that the defendant pay all the costs of the action accruing since the service of the answer, including ten dollars costs, and the disbursements of this appeal, and in such case, the verdict to stand as to the other issues made by the answer, and the judgment to stand as security as to the damages, and to be vacated as to the costs, and the party succeeding upon the amended answer to be at liberty to enter a further judgment; and if said costs are not paid by the defendant, as